UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: DOUGLAS PURNELL and DEMARIS DENISE BROUSSARDPURNELL, Debtor(s) | Bankruptcy No.: 14-44850-CN<br>R.S. No.: RPZ-230<br>Hearing Date: April 21, 2017<br>Time: 10:00 a.m. |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: December 15, 2014 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default:$
No. of months:
Post-Petition Default:$
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 5424 Summerfield Drive, Antioch, California 94531-8524

| Fair market value: $376,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

Approx. Bal. $315,448.33
As of (date): February 20, 2017
Mo. payment: $ 1,619.49
Notice of Default (date): September 29, 2011
Notice of Trustee's Sale: n/a

Pre-Petition Default: $14,138.75
No. of months: 9
Post-Petition Default: $15,290.45
No. of months: 10
Advances Senior Liens: $

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $315,448.33 | $1,619.49 | $29,429.20 |
| Costs of Sale (8%) | $30,080.00 | $ | $ |
|  | (Total) $345,528.33 | $1,619.49 | $29,429.20 |

(D) Other pertinent information:
[X] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
[ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
  [ ] Loan modification: Debtor's request is pending.   [ ] Loan modification: Modification in trial period.
  [ ] Loan modification: No decision yet.   [ ] Loan modification: Denied in writing (attached hereto)

| Dated: March 28, 2017 | Signature<br>ROBERT P. ZAHRADKA<br>Print or Type Name<br>Attorney for Wells Fargo Bank, N.A. |
|---|---|